UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:05-CR-20309-PCH

UNITED STATES OF AMERICA,

   Plaintiff,

v.

RICHARD A. BUNNELL

   Defendant.        /

## ORDER REQUIRING RESPONSE

THIS CAUSE comes before the Court upon the Defendant's Motion to Early Terminate Probation (D.E. # 18) filed on May 28, 2008. After careful review of the Motion, it is hereby

ORDERED AND ADJUDGED that the U.S. Probation shall file a brief response to the Defendant's Motion on or before **Friday, June 13, 2008**. In addition, U.S. Probation should also indicate whether or not Defendant completed the required community service hours for all five years of supervised release.

DONE AND ORDERED in Chambers, Miami, Florida, this _29_ day of May, 2008.

Paul C. Huck
United States District Judge

Copies to:
All Counsel of Record
U.S. Probation

5-29-08