UNITED STATES DISTRICT CCOURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 05-CR-20309

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RICHARD A. BUNNELL
    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S SUPPLEMENT TO MOTION TO EARLY TERMINATE PROBATION

THIS MATTER came before the Court by virtue of the Defendant's Supplement to Motion to Early Terminate Probation (D.E. #24) filed on July 9, 2008. After careful review of the Motion, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is GRANTED. Thus, Defendant's probation period shall be terminated.

DONE AND ORDERED in chambers in Miami, Florida this 10 day of July, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record
    U.S. Probation